```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 27921
    EARNESTINE HARRIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5103


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/17/2008 and was confirmed 01/05/2009.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE               CURRENT MORTG        .00            .00            .00
GMAC MORTGAGE               UNSECURED      NOT FILED            .00            .00
GMAC MORTGAGE               MORTGAGE ARRE   6916.91             .00            .00
INTERNAL REVENUE SERVICE    PRIORITY       NOT FILED            .00            .00
NEXTEL                      UNSECURED      NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE    UNSECURED      11418.24             .00            .00
CITY OF CHICAGO DEPT OF     UNSECURED        600.00             .00            .00
COMCAST                     UNSECURED      NOT FILED            .00            .00
FAST CASH ADVANCE           UNSECURED      NOT FILED            .00            .00
PREMIER BANKCARD            UNSECURED        434.03             .00            .00
FRIEDMAN & WEXLER           UNSECURED      NOT FILED            .00            .00
FIRST NATIONAL BANK         UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED       2737.12             .00            .00
PAYDAY LOAN STORE           UNSECURED      NOT FILED            .00            .00
QC FINANCIAL SERVICES IN    UNSECURED      NOT FILED            .00            .00
TIDEWATER FINANCE COMPAN    UNSECURED       8499.47             .00            .00
GMAC MORTGAGE CORP          MORTGAGE NOTI  NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     3,464.00                        696.00
TOM VAUGHN                  TRUSTEE                                          54.00
DEBTOR REFUND               REFUND                                          395.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,145.00

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                                   .00
ADMINISTRATIVE                           696.00
TRUSTEE COMPENSATION                      54.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 27921 EARNESTINE HARRIS
```

```
DEBTOR REFUND                                                    395.00
                                        ---------------    ---------------
TOTALS                                         1,145.00           1,145.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE